UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEXTEL COMMUNICATIONS OF THE MID-    :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS                        :

               Plaintiff,    :

                    Civil Action No. _____

    vs.    :

THE CITY OF LYNN, MASSACHUSETTS, THE :
CITY COUNCIL OF THE CITY OF LYNN,
MASSACHUSETTS, and WAYNE A. LOZZI,   :
CHARLES T. O'BRIEN, RICHARD C.
COLUCCI, JAMES M. COWDELL, DAVID D.  :
ELLIS, RICHARD J. FORD, LORETTA CUFFE-
O'DONNELL, ALBERT V. DiVIRGILIO, II, :
JUDITH FLANAGAN KENNEDY, JOHN
TIMOTHY PHELAN and MARY F. AUDLEY, in :
their capacities as Members of the City Council of
the City of Lynn, Massachusetts      :

           Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**05 - 11748 NG**

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## MOTION FOR ADMISSION PRO HAC VICE

**NOW COMES** Danielle L. Pacik, an associate of Devine, Millimet & Branch,

Professional Association, counsel to plaintiff Nextel Communications of the Mid-Atlantic Inc.,

d/b/a Nextel Communications ("Nextel") and respectfully moves for the admission pro hac vice

of Attorney Steven E. Grill to practice before this Court on behalf of Nextel. In support of his

Motion, the undersigned states as follows:

    1.    Attorney Steven E. Grill is a member in good standing in the bar of the States of

New Hampshire and New York, the federal bars of United States District Court for the District

of New Hampshire, Southern District of New York, and Eastern District of New York, and is a

partner in the firm of Devine, Millimet & Branch of Manchester, New Hampshire.

2. Attorney Steven E. Grill is regular counsel to Nextel and has been asked by Nextel to take the lead role in its representation in the above-captioned action.

3. The undersigned, or another attorney from Devine, Millimet & Branch, will be involved as local counsel throughout this case and will appear at all hearings or trials unless excused by the Court.

4. As this action has just begun, Nextel has not sought the concurrence of the defendants pursuant to Local Rule 7.1 (A)(2).

5. The Declaration of Steven E. Grill in support of Motion for Admission Pro Hac Vice Pursuant to Local Rule 83.5.3 is filed herewith and incorporated herein by reference.

**WHEREFORE**, Danielle L. Pacik respectfully moves this Court for an order admitting Attorney Steven E. Grill to practice before this Court pro hac vice in connection with all aspects of the above-captioned action.

Respectfully submitted,

**DANIELLE L. PACIK, ESQUIRE**

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: August 24, 2005          By:    Dill L. P.

Danielle L. Pacik, Esquire (BBO # 653753)
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
e-mail: dpacik@devinemillimet.com

J:\WDOX\DOCS\CLIENTS\10339\74731\M0757202.DOC

2