# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Nextel Communications of the Mid-Atlantic Inc., d/b/a
Nextel Communications

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: _____

The City of Lynn, Massachusetts,
The City Council of the City of Lynn, Massachusetts,
and Wayne A. Lozzi, Charles T. O'Brien, Richard C. Colucci,
James M. Cowdell, David D. Ellis, Richard J. Ford,
Loretta Cuffe-O'Donnell, Albert V. DiVirgilio, II,
Judith Flanagan Kennedy, John Timothy Phelan and
Mary F. Audley, in their capacities as Members of the
City Council of the City of Lynn, Massachusetts

**05 - 11748 NG**

TO: (Name and Address of Defendant)

The City Council of the City of Lynn, Massachusetts
c/o City Clerk
City Hall
3 City Hall Square
Lynn, Massachusetts 01901

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grill, Esquire
Devine, Millimet & Branch, P.A.
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON
CLERK

DATE  8-24-05

BY DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____
_____
_____

☐   Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                     Date

_____
Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*                                                                                     September 2, 2005

I hereby certify and return that on 9/1/2005 at 9:50AM I served a true and attested copy of the summons, complaint and exhibit in this action in the following manner: To wit, by delivering in hand to Jean McManus, agent, person in charge at the time of service for City Council of City of Lynn, MA, City Hall, 3 City Hall Square. c/o City Clerk Lynn MA 01901 . Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $36.00

Deputy Sheriff  Michael Burke

_____
Deputy Sheriff