UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID- :
ATLANTIC, INC. d/b/a NEXTEL
COMMUNICATIONS :

                Plaintiff, :

  vs. : Civil Action No. 1:05-cv-11748-NG

THE CITY OF LYNN, MASSACHUSETTS, THE :
CITY COUNCIL OF THE CITY OF LYNN,
MASSACHUSETTS, and WAYNE A. LOZZI, :
CHARLES T. O'BRIEN, RICHARD C.
COLUCCI, JAMES M. COWDELL, DAVID D. :
ELLIS, RICHARD J. FORD, LORETTA CUFFE-
O'DONNELL, ALBERT V. DiVIRGILIO, II, :
JUDITH FLANAGAN KENNEDY, JOHN
TIMOTHY PHELAN and MARY F. AUDLEY, in :
their capacities as Members of the City Council of
the City of Lynn, Massachusetts :

                Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### REPORT OF RULE 26(f) PLANNING MEETING

Pursuant to the Court's Notice of Scheduling Conference dated November 17, 2005, and pursuant to Local Rule 16.1(D), Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications ("Nextel") and the City of Lynn, Massachusetts (the "City") respectfully submit the following Report of Rule 26(f) Planning Meeting:

**I.**   **STATEMENT OF THE CASE**

Plaintiff Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications brings this action because of the refusal of the City and its Zoning Board of Appeals to allow Nextel to install wireless telecommunications antenna facilities on the roof of a commercial building located at and known as 595 Lynnway, Lynn, Massachusetts.

**II.**     **<u>AGENDA</u>**

At the case management conference, the parties believe the following matters should be addressed:

<u>Principal Issues In Contention</u>

The principal issues in contention are the following:

    A.    Whether the defendants properly and lawfully denied the application based on findings supported by substantial evidence contained in a written record.

    B.    Whether the defendants have discriminated against Nextel by approving applications of other "providers of functionally equivalent services."

    C.    Whether the defendants have effectively prohibited the provision of wireless service in Lynn.

<u>Settlement Possibilities</u>

The parties are exploring the possibility of settlement.

<u>Proposed Case Schedule</u>

- The parties agree that automatic initial disclosures are waived and that no discovery is required. The parties will, however, confer in order to reach agreement on the contents of the written record of the proceedings before the Lynn Zoning Board of Appeals no later than January 15, 2006.

- Dispositive motion(s) with respect to Count I -- substantial evidence -- which is limited to a review of the administrative record, will be filed by February 15, 2006.

- Objections to these dispositive motion(s) will be filed by March 15, 2006.

- Replies will be filed by March 30, 2006.

- The parties jointly request that the Court schedule oral argument on the motion(s) as soon as practicable after the above pleadings are filed.

- A further pretrial conference and trial should be scheduled, if necessary, after disposition of the "substantial evidence" issue, including any discovery which might be required prior to disposing of the prohibition and/or discrimination claims.

III. **CERTIFICATION OF CLIENT CONFERENCES PURSUANT TO LOCAL RULE 16.1(D)(3)**

Submitted separately.

|  |  |
|---|---|
|  | NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. D/B/A NEXTEL COMMUNICATIONS, INC. |
|  | By its Attorneys |
|  | DEVINE, MILLIMET & BRANCH, P.A. |
| Dated: November 22, 2005 | By: /s/ Steven E. Grill, Esquire<br>Steven E. Grill, Esquire<br>*admitted pro hac vice*<br>111 Amherst Street<br>Manchester, NH 03101<br>Phone: 603-669-1000<br>e-mail: sgrill@devinemillimet.com |
|  | -- and -- |
|  | THE TOWN OF LYNN, et al. |
|  | By its Attorneys, |
| Dated: November 22 2005 | By: /s/ Richard L. Vitali<br>Richard L. Vitali, Esquire, Assistant City Solicitor<br>BBO # 510375<br>City of Lynn, Massachusetts<br>Lynn City Hall – Room 406<br>Lynn, MA 01901<br>Telephone: (781) 598-4000 ext. 6840<br>Facsimile: (781) 477-7043<br>e-mail: |

**CERTIFICATION AND PROOF OF CONSENT**

    I hereby certify that each of the signatories has expressly agreed to the form and substance of the document and that I have the actual authority to submit the document electronically. A copy of the foregoing Report was forwarded on the 22nd day of November 2005, via First Class Mail to Richard L. Vitali, Esquire, counsel for the defendants.

                                                              /s/ Steven E. Grill, Esquire
                                                               Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\74731\M0770948.DOC