UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS          :

                      Plaintiff,    :

   vs.    :  Civil Action No. 1:05-cv-11748-NG

THE CITY OF LYNN, MASSACHUSETTS, THE CITY COUNCIL OF THE CITY OF LYNN, MASSACHUSETTS, and WAYNE A. LOZZI, CHARLES T. O'BRIEN, RICHARD C. COLUCCI, JAMES M. COWDELL, DAVID D. ELLIS, RICHARD J. FORD, LORETTA CUFFE-O'DONNELL, ALBERT V. DiVIRGILIO, II, JUDITH FLANAGAN KENNEDY, JOHN TIMOTHY PHELAN and MARY F. AUDLEY, in their capacities as Members of the City Council of the City of Lynn, Massachusetts    :

                      Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

      Pursuant to Local Rule 16.1(D)(3), the plaintiff Nextel Communications of the Mid Atlantic, Inc. and its counsel hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting a full course—and various alternative courses—of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| __/s/ Kelly Baker, Esquire_____ | /s/ Steven E. Grill, Esquire_____ |
| Kelly Baker, Esquire | Steven E. Grill, Esquire |
| NEXTEL COMMUNICATIONS OF THE MID ATLANTIC, INC. | DEVINE, MILLIMET & BRANCH, P.A. |
| | 111 Amherst Street |
| | Manchester, NH  03101 |
| | (603) 669-1000 |
| | sgrill@devinemillimet.com |
| Dated:  November 22, 2005 | Dated:  November 22, 2005 |

## **CERTIFICATION**

     I hereby certify that Kelly Baker, Esquire has expressly agreed to the form and substance of the document, and that I have the actual authority to submit the document electronically. A copy of the foregoing was forwarded on this 22nd day of November 2005, via First Class Mail to Richard L. Vitali, Esquire.

                                                        /s/ Steven E. Grill, Esquire  
                                                        Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\74731\M0770949.DOC