UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS   :

　　　　　　　Plaintiff,   :

　　vs.   :   Civil Action No. 1:05-cv-11748-NG

THE CITY OF LYNN, MASSACHUSETTS, THE CITY COUNCIL OF THE CITY OF LYNN, MASSACHUSETTS, and WAYNE A. LOZZI, CHARLES T. O'BRIEN, RICHARD C. COLUCCI, JAMES M. COWDELL, DAVID D. ELLIS, RICHARD J. FORD, LORETTA CUFFE-O'DONNELL, ALBERT V. DiVIRGILIO, II, JUDITH FLANAGAN KENNEDY, JOHN TIMOTHY PHELAN and MARY F. AUDLEY, in their capacities as Members of the City Council of the City of Lynn, Massachusetts   :

　　　　　　　Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SECOND MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS, ON CONSENT OF ALL PARTIES

**NOW COMES** the plaintiff, Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications ("Nextel"), by and through its attorneys, Devine, Millimet & Branch, Professional Association, and respectfully submits the following Second Motion to Extend Time to File Dispositive Motions. In support of its Motion, Nextel states as follows:

　　1.　　Nextel commenced this action after the City of Lynn, Massachusetts ("Lynn" or the "City") and its City Council denied an application by which Nextel had sought permission to install wireless telecommunications antenna facilities on the roof of a self-storage warehouse building located at and known as 595 Lynnway, Lynn, Massachusetts.

2. By agreement of the parties, a schedule was established pursuant to which Nextel was to move for summary judgment on Count I of its Complaint (which alleges that the City Council's denial is not supported by substantial evidence as required by federal law) on or before February 15, 2006. The Court approved the schedule at the Rule 16 conference held on December 1, 2005.

3. Since that time, the parties have been exploring the possibility of settlement, which would make the filing of dispositive motions unnecessary. With this in mind, the Court granted Nextel's motion to extend the deadline for filing dispositive motions until March 17, 2006.

4. On or about March 8, 2006, the Lynn City Council approved the previously-denied Nextel application, which should make further litigation unnecessary. Under Massachusetts law, however, the approval does not become final until March 29, 2006. Therefore, Nextel respectfully requests one further thirty-day extension, i.e., until April 17, 2006. In all likelihood, a stipulation of dismissal will be filed before then, but out of caution, the case should be kept open until that time.

5. No prejudice would result if the motion schedule were extended by thirty days as proposed and no hearings, motions or other pending matters would be affected in any way by the modification of the schedule requested herein.

6. No memorandum of law is required in that this Motion is addressed to the sound discretion of the Court.

7. Counsel for the defendants City of Lynn *et al.* assents to the relief sought herein.

**WHEREFORE**, Nextel respectfully prays that this Honorable Court:

A.  Grant this Motion to Extend Time To File Dispositive Motions by extending the motion schedule by thirty days; and,

B.  Grant such other and further relief as may be just and equitable.

Respectfully submitted,

**NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. D/B/A NEXTEL COMMUNICATIONS, INC.**

By its Attorneys

DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION

Dated:  March 15, 2006          By:   /s/  Steven E. Grill, Esquire
Steven E. Grill, Esquire
*admitted pro hac vice*
Danielle L. Pacik, Esquire (BBO # 653753)
111 Amherst Street
Manchester, NH 03101
Phone:  603-669-1000
e-mail:  sgrill@devinemillimet.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was forwarded on this day via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing to James Lamanna, Esquire, counsel for defendants.

   /s/ Steven E. Grill, Esquire
Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\74731\M0835000.DOC