UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS | : <br> : <br> : |
| Plaintiff, | : |
| vs. | : Civil Action No. 1:05-cv-11748-NG |
| THE CITY OF LYNN, MASSACHUSETTS, THE CITY COUNCIL OF THE CITY OF LYNN, MASSACHUSETTS, and WAYNE A. LOZZI, CHARLES T. O'BRIEN, RICHARD C. COLUCCI, JAMES M. COWDELL, DAVID D. ELLIS, RICHARD J. FORD, LORETTA CUFFE-O'DONNELL, ALBERT V. DiVIRGILIO, II, JUDITH FLANAGAN KENNEDY, JOHN TIMOTHY PHELAN and MARY F. AUDLEY, in their capacities as Members of the City Council of the City of Lynn, Massachusetts | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **STIPULATION OF DISMISSAL**

The undersigned, counsel of record to all parties in this action, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41, that the above matter be dismissed, without costs or fees to any party.

Respectfully submitted,

**NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. D/B/A NEXTEL COMMUNICATIONS, INC.**

By its Attorneys

DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION

| | |
|---|---|
| Dated:  May 2, 2006 | By:  /s/  Steven E. Grill, Esquire<br>Steven E. Grill, Esquire<br>*admitted pro hac vice*<br>Danielle L. Pacik, Esquire (BBO # 653753)<br>111 Amherst Street<br>Manchester, NH 03101<br>Phone:  603-669-1000<br>e-mail:  sgrill@devinemillimet.com |

**THE CITY OF LYNN, et al.**

By its Attorneys

| | |
|---|---|
| Dated:  May 2, 2006 | By:  /s/  James Lamanna, Esquire<br>James Lamanna, Esquire (BBO # _____)<br>Assistant City Attorney<br>City of Lynn, MA<br>3 City Hall Square<br>Room 406<br>Lynn, MA 01901<br>(781) 598-4000 |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded on this day via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing to Richard L. Vitali, Esquire, counsel for defendants.

/s/ Steven E. Grill, Esquire
Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\74731\M0835000.DOC